In the Matter of ADOLPH BRESS, Respondent, against NICHOLAS J. DEHLINGER, as Director of Licenses of the City of Buffalo, Appellant.

Submitted January 5, 1948; decided January 15, 1948.

*Harold C. Lowe* for motion.
No one opposed.
Motion denied, with $10 costs.